Aziz Aityahia

17800 N. 78th St.  Apt 2057

Scottsdale, AZ 85255

(480) 842-1734



# IN UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aziz Aityahia,<br><br>Plaintiff,<br><br>v.<br><br>Envoy Air Inc.,<br><br>American Airlines Inc.<br><br>Defendant(s). | CASE NUMBER: CV24-02126-PHX-DMF<br><br>**COMPLAINT**<br><br>**(Jury trial demanded)** |

## Jurisdiction

This court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331.

This employment discrimination lawsuit is based on.

1. Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 'a7'a7 2000e, et.

seq., for employment discrimination on the basis of race, color, religion, gender, or national origin.

2. Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. 'a7'a7 621, et. seq., for employment discrimination on the basis of age (age 40 or older). The plaintiff is a resident of Scottsdale, Maricopa County, AZ. The defendant, Envoy Air Inc., is a resident of Irving, TX and a citizen of the United States. The defendant, American Airlines Inc., is a resident of Dallas, TX and a citizen of the United States. The cause of action arose in the Phoenix division.

## Employment Discrimination Complaint

The conduct complained of in this lawsuit involved the following:

Failure to hire me; Retaliation

The conduct(s) above is referred to in the charge of discrimination. I believe I was discriminated against because of my: Algerian National Origin and Age (57 years old).

The reason(s) above is referred to in the charge of discrimination. The discriminatory conduct occurred at the defendant's address on 12/8/2022 & 12/8/2023.

 On October 21st 2022, Envoy Air pilot recruitment issued me a conditional offer for employment, after reviewing my pilot application submitted online earlier. I was

invited to attend a local job and interview session on October 23 and 24 2022, in Phoenix AZ, where my pilot application was reviewed by recruiters, including my pilot certificates which show my date of birth and my Algerian national origin, before I was scheduled for the in-person interview with a pilot recruiter the following day. The day of the interview, my application was once again reviewed, my finger prints were taken onsite and additional documents were signed, as required by the PRIA (Pilot Records Improvement Act). I was also required to submit to a drug test, as a matter of law the following days. The next and final step included a review of my background check and the results from the drug test, as required by law, before scheduling the required pilot training start day. On December 8 2022, Envoy Air Pilot Recruitment Director, mailed me a notice falsely claiming I did not pass the remaining portion of the hiring process, therefore rescinding the employment offer. While my complaint for discrimination, filed on June 2 2023 with the Arizona Civil Rights Division was under investigation, I have submitted another pilot application, on December 7 2023 to attend another job fair and interview session, to be held at Envoy's headquarter in December of 2023. On December 8 2023, the day after submitting my application, I was notified via email that I did not qualify for the open position. Envoy Air falsely claims I did not qualify for the pilot position, when my qualifications and experience exceed the minimums required for the job. Envoy Air hired younger unexperienced pilots with

less qualifications and experience than mine. I believe being over 40 years old and from Algeria, are the reason for excluding me from attending the required pilot training under Federal Aviation Regulations FAR 121.436 before anyone can be employed as a pilot by any air carrier. I was also retaliated against on December 8 2023, for filing a complaint with the Arizona Civil Rights Division.

## Demand

Employment reinstatement. Financial compensation and reparation. Rapid path to captain position with American Airlines Full union (ALPA) benefits on day 1. **I am also seeking the following amount in monetary compensation: $10,000,000.00.** The Plaintiff wants a trial by jury.

## Administrative Procedure

I have filed a charge of discrimination against the defendant(s) with the Arizona Civil Rights Division and the Equal Employment Opportunity Commission or other federal agency on June 2 2023. I have received a Notice of Right to Sue Letter.

Date: August 18 2024

*[signature]*

Aziz Aityahia
17800 N. 78th St.  Apt 2057
Scottsdale, AZ 85255
(480) 842-1734



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Phoenix District Office
3300 North Central Avenue, Suite 690
Phoenix, AZ 85012
(602) 661-0041
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)
Issued On: 05/22/2024

To: Aziz Aityahia
17800 N 78th St Apt 2057
Scottsdale, AZ 85255

Aziz Aityahia v Envoy Air Inc
EEOC Charge No: 35A-2023-00469

EEOC Representative and email:   Robin Campbell
State, Local & Tribal Program Manager
robin.campbell@eeoc.gov

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC has adopted the findings of the state or local fair employment practices agency that investigated your charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.) Please retain this notice for your records.

On Behalf of the Commission:

Melinda Caraballo for
Rayford O. Irvin
Acting District Director

CC:
Stephanie Quincy
Greenberg Traurig
2375 E Camelback Rd Ste 800
Phoenix, AZ 85016