**EXHIBIT 1**

## CERTIFICATE OF CONFERRAL

Pursuant to Local Rule of Civil Procedure 12.1(c), Defendant American Airlines, Inc. ("AA"), incorrectly identified as American Airlines Inc., certifies that, on October 17, 2024, through counsel, it conferred with Plaintiff Aziz Aityahia ("Plaintiff") via e-mail on the contents of AA's Rule 12(b)(6) Motion to Dismiss ("Motion") and explained the legal and factual bases upon which the Motion rests. Counsel for AA believes the defects in the Complaint are futile and cannot be cured by amendment, or otherwise, and requested that Plaintiff voluntarily dismiss AA as a defendant. Plaintiff declined.

By: s/ Nonnie L. Shivers
Nonnie L. Shivers
Laura E. Grubb
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ 85016
*Attorneys for Defendant American Airlines, Inc.*