Nonnie L. Shivers, SBN 023460
Laura E. Grubb, SBN 038903
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.,
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ 85016
Telephone: 602-778-3700
Fax: 602-778-3750
nonnie.shivers@ogletree.com
laura.grubb@ogletree.com
*Attorneys for Defendant American Airlines, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Aziz Aityahia,<br><br>          Plaintiff,<br><br>     v.<br><br>Envoy Air Inc., American Airlines Inc.,<br><br>          Defendants. | No.  2:24-cv-02126-PHX-DJH<br><br>**DECLARATION OF MATHEW DOMINY** |

**STATE OF TEXAS**          §

**TARRANT COUNTY**     §

1. My name is Matthew Dominy, and I am an officer of American Airlines Group Inc. ("AAG"). I am executing this declaration as part of my assigned duties and responsibilities. I declare under penalty of perjury that the facts stated in this document are true and correct.

2. I am the Assistant Corporate Secretary at AAG. I submit this declaration in my capacity as an AAG officer.

3. In my role as Assistant Corporate Secretary, I am familiar with AAG's corporate structure and business activities, including the business activities of AAG's wholly owned subsidiaries.

4.   AAG is a parent/holding company that merely holds the stock of affiliated corporations and does not engage in any actual operations. It has a corporate board of directors and 11 officers, but it does not have any employees of any type.

5.   Envoy Air, Inc. ("Envoy") is a wholly owned grandchild subsidiary of AAG. AAG is a separate corporate entity distinct from Envoy.

6.   American Airlines, Inc. ("AA") is a wholly owned direct subsidiary of AAG. AAG is a separate corporate entity distinct from AA.

7.   AA and Envoy are separate and distinct corporate entities.

8.   AA is not a parent company of Envoy, and vice versa.

9.   AA is not, and has never been part of any partnership, agency relationship, joint venture, or joint enterprise with Envoy. AA is not and has never been involved in establishing policies of Envoy, or in Envoy's day-to-day operations, including Envoy's employment matters, nor does AA have the authority to do so.

10.   Envoy employs, supervises, and controls its own employees, and sets the conditions of employment for its employees, including their compensation, benefits, and working hours.

11.   AA does not employ, supervise, or control Envoy's employees or set their conditions of employment, nor does AA have authority to do so.

12.   AA has never employed Plaintiff.

2

Executed in Tarrant County, State of Texas, on October 31, 2024.

_____
Matthew Dominy
Assistant Corporate Secretary
American Airlines Group Inc.