| EMPLOYMENT CHARGE OF DISCRIMINATION, Page 1 of 1 <br> This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | AGENCY <br> ☒ FEPA <br> ☐ EEOC | CHARGE NUMBER <br> CRD-2023-0624 <br> 35A-2023-00409 |
|---|---|---|

## ARIZONA ATTORNEY GENERAL'S OFFICE, CIVIL RIGHTS DIVISION AND EEOC
*State or Local Agency, if any*

| NAME (Indicate Mr., Ms., Mrs.) <br> Mr. Aziz Aityahia | | TELEPHONE NUMBER (Include Area Code) <br> 480-842-1734 |
|---|---|---|
| STREET ADDRESS <br> 16601 N 12th Street Apt 3053 | CITY, STATE AND ZIP CODE <br> Phoenix, AZ 85022 | DATE OF BIRTH <br> 1/15/1966 |
| LAW FIRM NAME/ATTORNEY NAME | RECEIVED | TELEPHONE NUMBER (Include Area Code) |
| STREET ADDRESS | JUN 02 2023   CITY, STATE AND ZIP CODE | ATTORNEY EMAIL |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICE SHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME. *(If more than one, list below.)*

| NAME <br> Envoy Air Inc. | NUMBER OF EMPLOYEES/MEMBERS <br> Cat. U Unknown | TELEPHONE NUMBER (Include Area Code) <br> 972-374-9358 |
|---|---|---|
| STREET ADDRESS <br> Corporation Service Company <br> 8825 N 23rd Ave Suite 100 | CITY, STATE AND ZIP CODE <br> Phoenix, AZ 85021 | COUNTY <br> Maricopa County |

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*
☐ RACE    ☐ COLOR    ☐ SEX    ☐ RELIGION    ☐ NATIONAL ORIGIN    ☒ AGE
☐ RETALIATION    ☐ DISABILITY    ☐ GENETIC TEST RESULTS    ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA)    LATEST(ALL)
11/21/2022    12/8/2022
☐ Continuing Action

EXPLAIN THE PARTICULARS OF WHAT TOOK PLACE *(If additional space is needed, attach extra sheet(s):)*

I. **PERSONAL HARM:** I was denied a job offer due to my age.

II. **RESPONDENTS REASON FOR ADVERSE ACTION:** None.

III. **DISCRIMINATION STATEMENT:** I believe Respondent discriminated against me because of my age, 57 years (DOB: 1/15/1966), in violation of the Arizona Civil Rights Act, as amended, and Title VII of the Civil Rights Act of 1964, as amended. The particulars are:

A. On or about November 11, 2022, I had a job interview at Respondent's job fair for a Pilot position, and I received a conditional job offer. My qualifications for the Pilot position exceed the minimum required qualifications.

B. On or about December 8, 2022, Respondent's Director Pilot Recruitment Elise Shirey rescinded the job offer.

C. I am aware that Respondent has hired pilots under 40 years old who meet only the minimum qualifications.

D. I believe and therefore allege that Respondent discriminated against me because of my age, 57 years old.

| I WANT THIS CHARGE FILED WITH BOTH THE EEOC AND THE STATE OR LOCAL AGENCY, IF ANY. I WILL ADVISE THE AGENCIES IF I CHANGE MY ADDRESS OR TELEPHONE NUMBER AND I WILL COOPERATE FULLY WITH THEM IN THE PROCESSING OF MY CHARGE IN ACCORDANCE WITH THEIR PROCEDURES. | SIGNATURE OF CHARGING PARTY AND DATE: <br> *[signature]* JUNE 2nd 2023 |
|---|---|
| I SWEAR OR AFFIRM THAT I HAVE READ THE ABOVE CHARGE AND THAT IT IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF. | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(Month, Day, Year)* <br> *[signature]* 6/2/2023 |

INT-2023-0027/Aziz Aityahia/JYT
#U2YTCOX20GF2K7v1