| AMENDED EMPLOYMENT CHARGE OF DISCRIMINATION, Page 1 of 1 This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | AGENCY<br>■ FEPA<br>☐ EEOC | CHARGE NUMBER<br>CRD-2023-0624<br>35A-2023-00469 |
|---|---|---|

## ARIZONA ATTORNEY GENERAL'S OFFICE, CIVIL RIGHTS DIVISION AND EEOC
*State or Local Agency, if any*

RECEIVED JUN 0 2 2023 CIVIL RIGHTS SECTION

| NAME (Indicate Mr., Ms., Mrs.)<br>Mr. Aziz Aityahia | | TELEPHONE NUMBER (Include Area Code)<br>480-842-1734 |
|---|---|---|
| STREET ADDRESS<br>17800 N. 78th Apt 2057 | CITY, STATE AND ZIP CODE<br>Scottsdale, AZ 85255 | DATE OF BIRTH<br>1/15/1966 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICE SHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME. *(If more than one, list below.)*

| NAME<br>Envoy Air Inc. | NUMBER OF EMPLOYEES/MEMBERS<br>Cat. U Unknown | TELEPHONE NUMBER (Include Area Code)<br>972-374-9358 |
|---|---|---|
| STREET ADDRESS<br>Corporation Service Company<br>8825 N 23rd Ave Suite 100 | CITY, STATE AND ZIP CODE<br>Phoenix, AZ 85021 | COUNTY<br>Maricopa County |

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*
☐ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☒ NATIONAL ORIGIN   ☒ AGE
☒ RETALIATION   ☐ DISABILITY   ☐ GENETIC TEST RESULTS   ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA)   LATEST (ALL)
11/21/2022            12/8/2022
☐ Continuing Action

EXPLAIN THE PARTICULARS OF WHAT TOOK PLACE *(If additional space is needed, attach extra sheet(s):)*

I. **PERSONAL HARM:** I was denied a job offer due to my age, national origin, Algerian, and in retaliation for filing a charge of discrimination.

II. **RESPONDENTS REASON FOR ADVERSE ACTION:** None.

III. **DISCRIMINATION STATEMENT:** I believe Respondent discriminated against me because of my age, 57 years (DOB: 1/15/1966), in violation of the Arizona Civil Rights Act, as amended, and Title VII of the Civil Rights Act of 1964, as amended, and my national origin, Algerian, in violation of the Arizona Civil Rights Act, as amended, and Title VII of the Civil Rights Act of 1964, as amended and because I filed a charge of discrimination with the Civil Rights Division (Charge No. CRD-2023-0624). The particulars are:

A. On or about November 11, 2022, I had a job interview at Respondent's job fair for a Pilot position, and I received a conditional job offer. My qualifications for the Pilot position exceed the minimum required qualifications.

B. On or about December 8, 2022, Respondent's Chief Pilot Robert Neider rescinded the job offer.

C. I am aware that Respondent has hired pilots under 40 years old and non-Algerian who meet only the minimum qualifications.

D. On June 2, 2023, I filed a charge of discrimination with the Arizona Civil Rights Division, Charge No.CRD-2023-0624.

E. In or around December 2023, I applied for another pilot position and was denied due to a lack of qualification, which I oppose. I believe Respondent's reasoning for denying me employment is pretext; the true reason is because I filed a charge of discrimination

F. I believe and therefore allege that Respondent discriminated against me because of my age, 57 years old, national origin, Algerian, and in retaliation for filing a charge of discrimination with the Arizona Civil Rights Division.

I WANT THIS CHARGE FILED WITH BOTH THE EEOC AND THE STATE OR LOCAL AGENCY, IF ANY. I WILL ADVISE THE AGENCIES IF I CHANGE MY ADDRESS OR TELEPHONE NUMBER AND I WILL COOPERATE FULLY WITH THEM IN THE PROCESSING OF MY CHARGE IN ACCORDANCE WITH THEIR PROCEDURES.

I SWEAR OR AFFIRM THAT I HAVE READ THE ABOVE CHARGE AND THAT IT IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

SIGNATURE OF CHARGING PARTY AND DATE:
*[signature]* 12-18-2023

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(Month, Day, Year)*
*[signature/notary seal]* 12/18/2023

CRD-2023-0624/Aziz Aityahia/DW