Aziz Aityahia
17800 N. 78th St. Apt 2057
Scottsdale AZ 85255
(480)842 1734
aaityahia@yahoo.com
PRO-SE Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Aziz Aityahia,                               No.    CV-24 -02126-PHX-DWL

       Plaintiff,

  v.

Envoy Air Inc. American Airlines Inc.,

       Defendants.

**REPLY TO MOTION TO DISMISS AMERICAN AIRLINES INC.**

I, Aziz Aityahia, the Plaintiff, request the court to deny the defendant's motion to dismiss American Airlines Inc., the owner with a direct operational control of Envoy Air, and its American Eagle flight operations brand, in addition to the undisputed factual evidence, establishing American Airlines as the employer of pilots at the same level as Envoy Air, regardless of the brand they operate under.

I was offered a conditional full time pilot employment position in 2022, to operate a passenger jet airplane for American Airlines, the air carrier authorized to conduct business as American Airlines and American Eagle, with American Airlines as the

1

sole selling point for airfares. Envoy Air does not sell any ticket, but it does transport American Airlines' passengers, on American Airlines owned airplanes.

Following is my response to defendant's arguments:

I- <u>**FACTUAL AND PROCEDUARL BACKGROUND**</u>

A- Plaintiff's history with Envoy

My response:

1- At the time of my interview, in 2022 at the Envoy Air job event in Phoenix, the Chief Pilot Robert Neider and several recruiters, described the pilot position at Envoy Air, as a pilot position with American Airlines without any additional requirements. That establishes American Airlines as the employer at the same level of responsibility and liability as Envoy Air; I was also handed a brochure detailing benefits, including employment as a pilot for American Airlines (Exhibit 1).

2- As direct evidence establishing American Airlines as the employer of Envoy air pilots, I have booked a flight from DFW to HOU, with the reservation showing the flight as an American Airlines flight, operated by Envoy Air pilots using American Airlines Airplanes (Exhibit 1).

3- American Airlines lists the Embrear170/175, as part of its fleet of airplanes it operates (Exhibit 1).
Envoy Air offered me a conditional offer of employment to operate the Embraer 170/175, owned by American Airlines and operated under American Eagle brand.

American Airlines is one of the largest air carriers, serving cities within and outside of the United States of America. Its passenger operation is divided into two

types; operating larger airplanes, as American Airlines brand for larger markets, and smaller airplanes for smaller ones utilizing regional jets with less than one hundred seats or so, operated under the brand American Eagle.

Envoy Air, wholly owned by American Airlines, operates a portion of the regional transportation alongside two other sister companies and contractors.

When a passenger buys a ticket to fly with American Airlines, the route and types of airplanes to be used is decided by American Airlines only, because it owns Envoy Air and its airplanes.

All email communications from Envoy Air, use the American Airlines email system (aa).

American Airlines and Envoy Air are operationally inseparable, both are responsible and liable for the adverse employment action I was subjected to in 2022.

      B- Plaintiff's EEOC and ACRD Charge of Discrimination

My response:

My initial charge for employment discrimination, and its subsequent amendment, was timely filed and is undisputed.

To the question of whether a separate charge should have been filed against American Airlines, is in my view not necessary, since Envoy Air acted as the agent for American Airlines, to hire future pilots for both brands operated by American Airlines including American Eagle. This strong operational obligation relationship can not be disrupted by any law or statute.

American Airlines is authorized to operate a passenger business as American Airlines and American Eagle and is wholly responsible and accountable for both brands, including matters of employment discrimination.

For the record, I have requested the AZCRD and the EEOC to amend my discrimination complaint to reflect all parties connected to employment of pilots; including the union (ALPA). No legal reason was provided as to why my request was not completed (Exhibit 2).

I have also filed a charge with the Department of Justice, against Envoy Air and American Airlines (Exhibit 2).

If my right to pursue legal remedies against several parties was not honored at the administrative proceedings level, this court has jurisdiction to cure any deficiency and restore my right to have a fair review of my entire complaint.

Therefore, all of the elements of discrimination included in my charge against Envy Air, apply to American Airlines and all other parties, named in one of my requests to amend made to the AZCRD, including similar charges against the union (ALAP).

## II-   LEGAL ARGUMENTS AND AUTHORITIES

As to the rest of the legal arguments, I simply refute them entirely, simply because they are an attempt to distract the proceedings from the core issue of discrimination.

I have initially filed a complaint for discrimination just before the deadline, but I was not able to schedule an intake interview and discuss my entire complaint with an investigator, because their online scheduling was full for the entire year.

A supervisor for the Phoenix Division of the EEOC replied to my email and explained the reason for the delays in scheduling intakes (Exhibit 2).

In the meantime, my complaint with the state agency was being processed, I have requested the amendment of my complaint to include all parties or at least make sure the proper employer is cited. However, only the National Origin was added to my amended complaint and not the other entity.

### III- CONCLUSION

Envoy Air, wholly owned by American Airlines and operator of its brand American Eagle, accepted my pilot application in 2022 and offered me an initial full time pilot position under the American Eagle brand, before flowing to American Airlines brand without any additional requirement.

Envoy Air recruiters and the Chief Pilot have clearly stated the relationship between both brands and that all pilots hired, to initially work under American Eagle brand, are also hired to fly for American Airlines after spending a year or so under the American Eagle brand managed by Envoy Air.

American Airlines is a party to this law suit at the same level as Envoy Air.

Date November 17 2024                                  Respectfully submitted

                                                       Aziz Aityahia,
                                                       Plaintiff PRO-SE

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of November 2024, I electronically Transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and a copy was sent via e-mail to the following:

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.,
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ 85016
Telephone: 602-778-3700
Fax: 602-778-3750
nonnie.shivers@ogletree.com
laura.grubb@ogletree.com
Attorneys for American Airlines Inc.

GREENBERG TRAURIG, LLP
ATTORNEYS AT LAW
SUITE 800
2375 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016
(602) 445-8000
Stephanie J. Quincy, SBN 014009; Stephanie.Quincy@gtlaw.com
Lindsay J. Fiore, SBN 026382, Lindsay.Fiore@gtlaw.com
Attorneys for Defendant Envoy Air Inc.

Aziz Aityahia
Plaintiff, PRO-SE